IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA ACADEMY OF MUSIC, | MISCELLANEOUS ACTION No. 10-172 |
| Plaintiff | |
| | CHAPTER 11 |
| v. | No. 10-14377 |
| WILLIAM MARK REGITZ, et al., | ADVERSARY PROCEEDING No. 10-346 |
| Defendants. | |

### ORDER

AND NOW, on this 30th day of November, 2010, upon careful consideration of Defendants' Motion for Withdrawal of the Reference to the United States Bankruptcy Court for the Eastern District of Pennsylvania (ECF No. 1), and Plaintiff's Motion to Proceed with Compulsory Arbitration Pursuant to Local Rule 53.2 (ECF No. 6), and for the reasons in the accompanying Memorandum, it is hereby ORDERED that Defendants' Motion is DENIED without prejudice and Plaintiff's Motion is DENIED as moot.

BY THE COURT:

Michael M. Baylson, U.S.D.J.

O:\Todd\10-172 PAM v. Regitz et al\PAM - Motion to Withdraw Reference Order.wpd